THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Ricky Ruth,       
Respondent,
 
 
 

v.

 
 
 
State of South Carolina,       
Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Hampton County
Rodney A. Peeples, Trial Judge
Jackson V. Gregory, Post-Conviction 
 Judge

Memorandum Opinion No. 2004-MO-018
Submitted March 17, 2004 - Filed April 
 15, 2004

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John 
 W. McIntosh, Chief Capital and Collateral Litigation Donald J. Zelenka, Assistant 
 Deputy Attorney General Allen Bullard, and Assistant Attorney General Douglas 
 E. Leadbitter, Office of the Attorney General, all of Columbia, for Petitioner.
Assistant Appellate Defender Aileen P. Clare, Office of Appellate Defense, 
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  After careful consideration of the Appendix and briefs, 
 we dismiss the writ of certiorari as improvidently granted.
DISMISSED.

 
 
 
 
 s/Jean H. Toal                                   
   C.J.
 s/James E. Moore                                  J.
 s/John H. Waller, 
 Jr.                              
 J.
 s/E. C. Burnett, 
 III                                   
 J.
 s/Costa M. Pleicones                           
 J.